IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| VERSO TECHNOLOGIES, INC., et al., | ) | Jointly Administered Under |
| | ) | Case No. 08-67659-jb |
| Debtors. | ) | |

**NOTICE OF FILING STATUS REPORT ON ASSET SALES**

COME NOW Verso Technologies, Inc., sentitO Networks, Inc., Telemate.Net Software, Inc., Verso Verilink, LLC, and Verso Backhaul Solutions, Inc., Debtors in the above-referenced jointly administered case, and provide notice of filing the attached Status Report on Asset Sales detailing the sales which the Debtors have closed to date.

This ____ day of October, 2008.

Respectfully submitted,

SCROGGINS & WILLIAMSON

1500 Candler Building
127 Peachtree Street, NE
Atlanta, GA 30303
(404) 893-3880

J. ROBERT WILLIAMSON
Georgia Bar No. 765214
ASHLEY REYNOLDS RAY
Georgia Bar No. 601559
Counsel for the Debtors

## VERSO TECHNOLOGIES, INC., et al.

## REPORT OF ASSET SALES

Summary of Asset Sales Results in Chapter 11 Cases

The results to date of Verso's sales efforts are summarized in Table 1, which demonstrates that the asset sales activities have produced approximately $1 million and operations and DIP borrowing have produced an additional $330,783, generating cash in excess of Laurus collateral totaling $1.4 million. The individual sales are detailed in Table 2 through Table 5.

### Table 1 - Asset Sale Summary ($)

| | |
|---|---:|
| Total Gross Sales Proceeds | 9,835,293 |
| Cure Costs & Breakup Fees | (130,084) |
| Professional Commissions | (941,302) |
| Laurus Payments | (7,693,453) |
| Net Proceeds Available to Estate | 1,070,454 |
| Cash from Operations and DIP Borrowing | 330,783 |
| Total Cash Available to Estate as of August 29th | 1,401,237 |

### Table 2 - Verilink Sale Detail ($) (Closed 7-15-08)

| | |
|---|---:|
| Verilink Sale Gross Proceeds | 3,448,510 |
| Landlord Cure Costs | (70,084) |
| NatCity Investments Fee | (114,236) |
| Laurus Payment | (3,264,189) |
| Net Proceeds Available to Estate | 0 |

### Table 3 - Backhaul Sale Detail ($) (Closed 7-18-08)

| | |
|---|---:|
| Backhaul Gross Sales Proceeds | 3,886,783 |
| Sevis Systems Breakup Fee | (60,000) |
| NatCity Brokers Fee | (128,264) |
| Laurus Payment | (3,698,519) |
| Net Proceeds Available to Estate | 0 |

### Table 4 - sentitO Patent Sale Detail ($) (Closed 7-24-08)

| | |
|---|---:|
| sentitO Patent Sale | 500,000 |
| Kelakos Advisors Commission | (37,500) |
| Laurus Payment | (462,500) |
| Net Proceeds Available to Estate | 0 |

**Table 5 - Softswitch Sale Detail ($) (Closed 8-29-08)**

| | |
|---|---:|
| Softswitch Sale Gross Proceeds | 2,000,000 |
| NatCity Commission | (66,000) |
| Administrative Expenses per DIP | (595,302) |
| Laurus Payment | (268,244) |
| Net Proceeds Available to Estate | 1,070,454 |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the attached

**NOTICE OF FILING STATUS REPORT ON ASSET SALES** by causing it to be deposited

in the United States Mail in a properly addressed envelope with adequate postage affixed thereon

to following parties:

Martin P. Ochs
Office of the U.S. Trustee
362 Richard B. Russell Bldg.
75 Spring Street, SW
Atlanta, GA 30303

Darryl S. Laddin
Arnall Golden Gregory LLP
Suite 2100
171 17th Street, NW
Atlanta, GA 30363

Adam H. Freidman
Olshan Grundman Frome Rosenzweig &
Wolosky, LLP
Park Aveneu Tower
65 East 55th Street
New York, NY  10022

Shawn Christianson, Esq.
Monique Jewett-Brewster, Esq.
Buchalter Nemer, PC
333 Market Street, 25th Floor
San Francisco, CA  94105

Windy A. Hillman
Wargo & French LLP
1170 Peachtree Street, N.E.,
Suite 2020
Atlanta, GA  30309

This 1st day of October, 2008.

1500 Candler Building
127 Peachtree Street, NE
Atlanta, GA 30303
(404) 893-3880

SCROGGINS & WILLIAMSON

J. ROBERT WILLIAMSON
Georgia Bar No. 765214
ASHLEY REYNOLDS RAY
Georgia Bar No. 601559
Counsel for the Debtors